Opinion filed March 3, 2011



# In The

# Eleventh Court of Appeals

_____

## No. 11-10-00254-CV

_____

## IN THE MATTER OF THE JEAN WAKEFIELD DEAN MARITAL TRUST, THE JEAN WAKEFIELD DEAN GSTT EXEMPTION TRUST, AND THE THURSTON E. DEAN GSTT EXEMPTION TRUST

**On Appeal from the 142nd District Court**
**Midland County, Texas**
**Trial Court Cause No. CV-46,341**

### M E M O R A N D U M   O P I N I O N

David Bradley Dean is the sole appellant in this appeal. He has filed a motion to dismiss the appeal pursuant to TEX. R. APP. P. 42.1(a)(1). In the motion, appellant states that "[t]he parties, including Patrick S. Duffy, Guardian ad Litem for all minor, incapacitated, unborn and all unascertained beneficiaries, have now entered into a Settlement Agreement." He further states that the terms of the settlement agreement provide for him to dismiss his appeal and allow the final judgment of the trial court to become "a final, non-appealable judgment." Therefore, in accordance with appellant's request, we dismiss the appeal.

The motion to dismiss is granted, and the appeal is dismissed.

PER CURIAM

March 3, 2011

Panel consists of: Wright, C.J.,
McCall, J., and Strange, J.